UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Merry Chance Industries, Ltd.

    Plaintiff(s),

v.

Kohl's Corporation, et al.,

    Defendant(s).

_____/

Case No.

1:06 CV0831

Wendell A. _____
Senior, U.S. District Judge

06 NOV 22 PM 2:58

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1,    Merry Chance Industries, Ltd.
(Party Name)
makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
If yes, identify entity and nature of interest:

Date: 11/21/06

Jonathan P. Groemel
(Signature)